**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

May 7, 2015

Hon. David W. Medack
Heard & Medack, P. C.
9494 Southwest Freeway, Suite 700
Houston, TX 77074
* DELIVERED VIA E-MAIL *

Hon. David P. Hansen
Eichelbaum Wardell
4201 West Parmer Lane, Suite A-100
Austin, TX 78727
* DELIVERED VIA E-MAIL *

Hon. Michele B. Heller
Heard & Medack, P.C.
9494 Southwest Freeway, Ste. 700
Houston, TX 77074
* DELIVERED VIA E-MAIL *

Hon. Annalyn G. Smith
Bracewell & Patterson
2000 One Shoreline Plaza-South Tower
800 North Shoreline Blvd.
CORPUS CHRISTI, TX 78401-3700
* DELIVERED VIA E-MAIL *

Hon. Gregg R. Brown
Attorney at Law
301 Congress Ave.
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00016-CV
Tr.Ct.No. 14-09-2274
Style:  Refugio Independent School District v. Ram-Bro Contracting, Inc.,
        Professional Services Industries, Inc., and D. S. A., Inc.

        Appellant's motion to continue abatement in the above cause was this day GRANTED by this Court.

                              Very truly yours,

                              Dorian E. Ramirez, Clerk

DER:ch